UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO.: 2:22-cv-14187-KMM

HOWARD COHAN,

    Plaintiff,

vs.

PSL HOSPITALITY, LLLP, d/b/a TOWNEPLACE
SUITES PORT ST LUCIE,

    Defendant.
_____/

**JOINT NOTICE OF SETTLEMENT**

    COMES NOW Plaintiff, HOWARD COHAN, and Defendant, PSL HOSPITALITY, LLLP, d/b/a TOWNEPLACE SUITES PORT ST LUCIE, by and through their undersigned counsel, and hereby give notice that Plaintiff, HOWARD COHAN, and Defendant, PSL HOSPITALITY, LLLP, d/b/a TOWNEPLACE SUITES PORT ST LUCIE, have reached a settlement in the above captioned matter and will be filing the dismissal papers in the next thirty (30) days.

Dated: July 28, 2022

| | |
|---|---|
| */s/ Jason S. Weiss* | */s/Andrew J. Marchese* |
| JASON S. WEISS | ANDREW J. MARCHESE |
| Florida Bar No. 356890 | Florida Bar No. 061931 |
| jason@jswlawyer.com | ajmarchese@mdwcg.com |
| 5531 N. University Drive, Suite 103 | HOLLY M. HAMILTON |
| Coral Springs, Florida 33067 | Florida Bar No. 113307 |
| Telephone (954) 573-2800 | hxhamilton@mdwcg.com |
| Attorneys for Plaintiff | Marshall Dennehey, et al |
| | 2400 E. Commercial Blvd., Ste. 1100 |
| | Ft. Lauderdale, Fl. 33308 |
| | Telephone (954) 847-4920 |
| | Attorneys for Defendant |